AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mar 13, 2023
SEAN F. McAVOY, CLERK

| | |
|---|---|
| DEANNA T.<br>*Plaintiff*<br>v.<br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | Civil Action No. 2:22-cv-00193-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 17, is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 13) is STRICKEN AS MOOT.
The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for PLAINTIFF.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Senior Judge Robert H. Whaley

Date: 3/13/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony